No. 69353.—China Art Goods Co. and Perryman, Mojonier Co. v. United States, protest 61/16435 (Los Angeles).

Opinion by WILSON, J. In accordance with stipulation of counsel that the items marked "D" consist of trays, serving trays, snack trays, display trees, etc., not in part of rattan, similar in all material respects to those the subject of Abstract 66729, the claim at 16⅔ percent under the provision in paragraph 412, as modified by the Annecy Protocol to the General Agreement on Tariffs and Trade (T.D. 52373), supplemented by Presidential proclamation (T.D. 52476), for manufactures of wood was sustained. The items marked "E," stipulated to consist of items of furniture other than chairs, in chief value of wood, were held dutiable at 10½ percent under the provision in said paragraph 412, as modified by T.D. 54108, for furniture other than chairs, in chief value of wood, as claimed.

BEFORE THE FIRST DIVISION, JUNE 8, 1965

No. 69354.—Polk's Model Craft Hobbies, Inc. v. United States, protest 325160–K (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.

No. 69355.—Louis Marx & Co., Inc. v. United States, protests 60/5696 and 59/16031 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.